UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SARAH M. WILSON,

    Plaintiff,

v.                          CASE NO. 3:23-cv-676-JBT

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, etc.,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 31), it is hereby **ORDERED**:

The case is **DISMISSED with prejudice**. Each party shall bear its own fees and costs.

**DONE AND ORDERED** in Jacksonville, Florida, on May 23, 2024.

JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record